UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY QUINN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN,<br><br>Defendants. | Case No.: 1:25-cv-01883-PAE<br>[rel. 1:25-cv-02274-PAE]<br><br>[Proposed] ORDER FOR ADMISSION PRO HAC VICE |

The motion of Andrew T. Sumner, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Georgia; and that his contact information is as follows:

Andrew T. Sumner
ALSTON & BIRD LLP
1201 West Peachtree Street
Suite 4900
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
andrew.sumner@alston.com

Application having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Ready Capital Corporation, Thomas E. Capasse, and Andrew Ahlborn, in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March 31, 2025

*Paul A. Engelmayer*
United States District Judge Engelmayer